**No. 50395.**—Protests 112950–K, etc., of Inland Sugar Co. et al. (Milwaukee, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 8, 1945

**No. 50396.**—Protests 113972–K/83, etc., of J. E. Bernard & Co., Inc., et al. (Chicago, etc.).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50397.**—Protests 42969–K, etc., of Columbia Co. et al. (San Francisco).

Opinion by COLE, J.   It was stipulated and agreed that the merchandise in question consists of medicinal preparations the same in all material respects as those passed upon in *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446) and *Shun Yuen Hing & Co.* v. *United States* (11 Ct. Cust. Appls. 331, T. D. 39143), which records were incorporated herein.   In accordance therewith it was held that the merchandise in question is subject only to the tariff duty assessed under paragraph 24, without the imposition of the internal revenue tax.

**No. 50398.**—Protests 88500–K, etc., of Jordan Marsh Co. et al. (Boston, etc.).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, AUGUST 8, 1945

**No. 50399.**—Protest 78516–K of Thomas Allen 3d (Ogdensburg).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 50400.**—Protests 113043–K, etc., of Danish Consulate General—Greenland Section et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.